UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ZACHARY ROSENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:02-cv-0499 |
| | ) | |
| UNITED HEALTHGROUP INCORPORATED, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

A telephone conference with Magistrate Judge Brown is set for **Monday, June 16, 2014, at 11:30 a.m.** to discuss Joint Status Report filed by the parties, and to set deadlines for the progression of the case.

**To participate in the conference call, the parties are required to call (615) 695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge