```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

TENNESSEE MEDICAL ASSOCIATION,  )
                                )
        Plaintiff               )
                                )    No. 3:02-0497
v.                              )    Judge Nixon/Brown
                                )
UNITED HEALTHGROUP INCORPORATED,)
*et al.*,                       )
                                )
        Defendants              )


ZACHARY ROSENBERG,              )
                                )
        Plaintiff               )
                                )    No. 3:02-0499
v.                              )    Judge Nixon/Brown
                                )
UNITED HEALTHGROUP INCORPORATED,)
*et al.*,                       )
                                )
        Defendants              )

## **O R D E R**

A telephone conference was held with the parties in this matter on June 16, 2014, to discuss what needs to be done now that the cases have been remanded. The parties advised since their previous status report on June 6, 2014 (Docket Entry 32) they have agreed to undertake additional settlement discussions on July 8, 2014.

Depending on the results of the settlement discussions, the parties are requested to provide the Court a new status report on or before **July 18, 2014**. If it does not appear that settlement is likely the parties are requested to provide a recommended scheduling order for the Plaintiff to move to amend the original

complaint and a time for a response and reply to such a motion and suggested deadlines for the completion of the cases with a recommended trial date.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge